**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3961-24

SUSAN VONELLA,

    Plaintiff-Respondent,

v.

SUN PHARMACEUTICAL
INDUSTRIES, LTD., d/b/a SUN
PHARMA, SUN PHARMACEUTICAL
INDUSTRIES INC., and OHM
LABORATORIES INC.,

    Defendants-Appellants.

_____

Submitted June 3, 2026 – Decided June 15, 2026

Before Judges Mayer and Jacobs.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-6218-23.

Reed Smith LLP, attorneys for appellants (John T. McDonald and Melissa M. Ferrara, on the briefs).

John R. Tatulli, attorney for respondent.

PER CURIAM

The parties have filed a stipulation of dismissal.  Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

M. C. Hasley

Clerk of the Appellate Division

A-3961-24